1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Pedro Garcia

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,        ) Case No. 07MJ2510
   |                                  )
12 |            Plaintiff,            )
   |                                  )
13 | v.                               ) **CERTIFICATE OF SERVICE**
   |                                  )
14 | PEDRO GARCIA,                    )
   |                                  )
15 |            Defendant.            )
   |_____)
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23 DATED:      November 1, 2007         /s/ Carey D. Gorden
                                        **CAREY D. GORDEN**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Pedro Garcia
25

26

27

28