```
FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3183-LAB |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| PEDRO GARCIA, ) AKA Pedro Garcia-Hernandez, ) AKA Pedro Villa Garcia, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about __4/20/01__, within the Southern District of California, defendant PEDRO GARCIA, AKA Pedro Garcia-Hernandez, AKA Pedro Villa Garcia, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

ABC:drh:San Diego
11/05/2007

<u>Count 2</u>

On or about October 21, 2007, within the Southern District of California, defendant PEDRO GARCIA, AKA Pedro Garcia-Hernandez, AKA Pedro Villa Garcia, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 11/27/07

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney