AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| PEDRO GARCIA,<br>AKA Pedro Garcia-Hernandez,<br>AKA Pedro Villa Garcia | CASE NUMBER: 07CR 3183-LAB |

FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, PEDRO GARCIA, AKA Pedro Garcia-Hernandez, AKA Pedro Villa Garcia, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Pedro Garcia_
Defendant

_Caury Goa_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER