# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR3183-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Pedro Garcia | ) | Booking No. 10152081 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _2/4/08_ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. _Do not release defendant, case pending 07CR63-LAB_

Larry A. Burns
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
OR
W. ~~SAMUEL HAMRICK, JR.~~ Clerk
by _____
Deputy Clerk
T. Washam

Received _____ /DUSM

Crim-9 (Rev 6-95)            ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY