UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB -7 AM 11: 03

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PEDRO GARCIA,<br><br>        Defendant. | CASE NO. 07CR3183-LAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: 8:1325 - Illegal Entry (Misdemeanor) (1); 8:1325 - Illegal Entry (Felony) (2)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/4/08

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____