UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

PEDRO GARCIA,

10052081        Defendant.

CASE NO. 07CR3183-LAB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8:1325 - Illegal Entry (Misdemeanor)(1); 8:1325 - Illegal Entry (Felony)(2)__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/4/08

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 2/7/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____